WR-77,382-03

Mr. Acosta,                                                    01/05/15

    I am writing to ask if there has been any decision from the Court of Criminal Appeals, it has been 6 months since I received your letter informing me that you had received the supplemental clerk's record from the court. If you could let me know something I would greatly appreciate it...

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

Sincerely,

Charles Willi

Charles Williams 1734543
2323 Ave. E.
Bay City, TX 77414